IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00041–EWN

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  ROBERT C. STACK, JR.,

     Defendant.

---

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

     This matter is set for a seven-day trial to a jury of 12, plus alternates, commencing at

9:00 o'clock a.m. on Monday, **April 24, 2006**, in Courtroom A1001 of the Alfred A. Arraj

United States Courthouse.  Therefore, it is

     **ORDERED** that the deadline for filing all motions is <u>March 22, 2006</u>.  All responses shall

be filed by <u>March 29, 2006</u>.  A hearing on the motions, if necessary, is set for **April 5, 2006**, at

9:00 o'clock a.m.  It is further

     **ORDERED** that a change of plea hearing is scheduled to commence at 10:00 o'clock a.m.

on Friday, **April 14, 2006**.  The deadline for submitting the plea agreement and statement of facts

1

relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday,

April 12, 2006.

Dated: February 16, 2006