IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  06-cr-00041-EWN-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ROBERT C. STACK, JR.,

    Defendant

---

**ORDER CONCERNING DISCLOSURE
OF GRAND JURY MATERIALS**

---

This matter is before the court on the "Government's Motion to Disclose Copy of Grand Jury Materials Under Specified Conditions to the Attorney for Defendant Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I)" filed on March 14, 2006.  Upon consideration of the motion, it is

**ORDERED** as follows:

1. Pursuant to Rule 6(e)(3)(C)(i), the Government may disclose grand jury materials to defense counsel.

2. To protect grand jury secrecy, defense counsel shall make only such copies as are necessary to prepare a defense of this criminal case.  Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery.  Defense counsel shall also deliver a copy of this order with the materials.  <u>No person, other than defense counsel, shall make any copy of these materials for any purpose whatsoever.</u>  At the conclusion of the case in this court, by entry of the court's judgment, counsel shall, within ten days, collect all such copies and return them to the Government.

3. Copies of grand jury materials may be used only in connection with this criminal proceeding, and any further dissemination or use is prohibited.

Dated this 14th day of March, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge