IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00041–EWN-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ROBERT C. STACK,

      Defendant.

## ORDER EXCLUDING WITNESSES

      It is

      **ORDERED** as follows:

      1.    All persons who expect to be called as witnesses in the case of ***United States of America v. Robert C. Stack***, Criminal Action No. 06-cr-00041-EWN, are **EXCLUDED FROM THE COURTROOM** during all further proceedings in the case.

      2.    No witness shall discuss with any other witness either the questions propounded to the witness or the testimony which he or she gave in response to the questions.

      Dated this 8th day of May, 2006.

      BY THE COURT:

      *[signature]*
      EDWARD W. NOTTINGHAM
      United States District Judge