IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00041–EWN-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERT C. STACK,

    Defendant.

---

**STIPULATION AND ORDER REGARDING CUSTODY OF
EXHIBITS AND DEPOSITIONS**

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has <u>expired</u> or all appellate proceedings have been <u>terminated</u> plus sixty (60) days.

DATED at Denver, Colorado this 9th day of May, 2006.

BY THE COURT:

_____
Edward W. Nottingham, Judge

_____    _____
Counsel for Government                  Counsel for Defendant