**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE EDWARD W. NOTTINGHAM**

Criminal Action No. 06-cr-00041-EWN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ROBERT C. STACK,

       Defendant.

---

**JUDGMENT OF ACQUITTAL**

---

This matter came on regularly for trial, commencing on May 8, 2006 and proceeding through May 9, 2006, before the Court, the Honorable Edward W. Nottingham, Judge presiding, and a jury duly impanelled and sworn to try the issues herein. At the conclusion of the Government's evidence, the defendant's oral motion for judgment of acquittal having been GRANTED on all nine counts of the Indictment, it is

    ORDERED that the Indictment is DISMISSED.

    Dated this 10th day of May, 2006.

APPROVED BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge